UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In the Matter of an Application of the United
States of America for an Order Authorizing
the Use of Two Pen Register and Trap and
Trace Devices

**ORDER**

Misc. 08-308

-------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.


It is Ordered that the court's Memorandum and Order dated November 22, 2008 be unsealed.


SO ORDERED.


Dated: Brooklyn, New York
December _1_, 2008

NICHOLAS G. GARAUFIS
United States District Judge